UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

BLAKE M. SMALLWOOD, an individual,

    Plaintiff,

CASE NO. 8:14-CV-1350-T-24-MAP

v.

APPLEBEE'S SERVICES, INC., a foreign
corporation and NEIGHBORHOOD
RESTAURANT PARTNERS FLORIDA,
LLC, a Florida limited liability company,

    Defendants.

_____/

## NOTICE OF MEDIATION CONFERENCE

PLEASE TAKE NOTICE that the parties in the above referenced-matter have agreed to schedule a mediation of the instant action for **9:30 a.m.** on Wednesday, April 15, 2015, at the offices of Kwall, Showers, Barack & Chilson, PA, 133 N. Fort Harrison Ave., Clearwater, FL 33755, with Ryan Barack, Esq. as the assigned mediator. A whole day has been reserved.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished on this 12 day of March, 2015, **via E-Mail** to: Richard C. McCrea, Jr., Esq., Greenberg Traurig, P.A., 625 E. Twiggs Street, Suite 100, Tampa, FL 33602 (mccrear@gtlaw.com; ramosr@gtlaw.com).

THE LAW OFFICES OF BOBBY JONES, P.A.

By: /s/
ROBERT S. JONES, II, ESQ.
FBN 725196
HEATH C. MURPHY, ESQ.
FBN 85164
P.O. BOX 41643
St. Petersburg, Florida 33743
Phone No.: (727) 571-1333
Fax No.:    (727) 573-1321
Primary E-mail:
distribution@bobbyjoneslaw.com
Attorney for Plaintiff

cc: Ryan Barack, Esq.